**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Mario Rodriguez
                        Plaintiff,

v.                                                 Case No.: 1:22–cv–06121
                                                    Honorable Mary M. Rowland

Mutual of Omaha
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 26, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Defendant's motion for sanctions including dismissal of the complaint [43] is taken under advisement. The court will not set briefing at this time. The motion is based on Plaintiff's purported failure to attend his deposition and failure to sign the authorizations to release his health records. Plaintiff is ordered to sign the authorizations to release his health records and return them to Defendant by 10/31/23. He is also ordered to attend Dr. Catalona's deposition without any interference. Finally, he is required to participate in scheduling and attend his deposition by 11/30/23. The parties shall file a status report by 12/ 5/23 updating the Court on discovery. If the parties report that these three items have not been accomplished, the court will set briefing on the motion to dismiss. Plaintiff is warned that the matter may be dismissed if he fails to participate in discovery. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.